UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
ULISES GUZMAN,                                                         :
                                                                      :
                                    Plaintiff,                        :
                                                                      :          25 Civ. 10320 (JPC)
                  -v-                                                 :
                                                                      :          ORDER
BANANA KELLY COMMUNITY IMPROVEMENT            :
ASSOCIATION, INC.,                                                    :
                                                                      :
                                    Defendant.                        :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 31, 2025, Plaintiff served Defendant with copies of the Summons and Complaint by delivery to New York's Secretary of State. Dkt. 6. Defendant's deadline to respond to the Complaint was therefore January 21, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). On January 15, 2026, Plaintiff sought a certificate of default from the Clerk's Office, Dkts. 7-8, which he received on January 20, 2026, Dkt. 9.

Plaintiff obtained the certificate of default before Defendant's deadline to answer the Complaint, so the Court vacates the certificate. Defendant's deadline to respond to the Complaint has since passed, however, and the docket does not reflect a response. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until February 3, 2026. If Defendant once again fails to respond to the Complaint by its deadline, Plaintiff shall seek a certificate of default by February 10, 2026.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the addresses at which Defendant was served with the Summons and Complaint and at which Plaintiff allegedly worked, *see* Dkt. 1 ¶ 7, and to file proof of service, including shipping labels, on the docket within two days of such service.

The Clerk of Court is respectfully directed to vacate the certificate of default at Docket Number 9.

SO ORDERED.

Dated: January 27, 2026
New York, New York

JOHN P. CRONAN
United States District Judge