UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                          :

ULISES GUZMAN,                      :

                  :

          Plaintiff,        :

                  :       25 Civ. 10320 (JPC)

    -v-                    :

                  :       <u>ORDER</u>

BANANA KELLY COMMUNITY IMPROVEMENT  :
ASSOCIATION, INC.,           :

                  :

         Defendant.      :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court has been informed that, during their participation in the Court-annexed Mediation Program, the parties reached an agreement on all issues.  Accordingly, it is hereby ORDERED that the parties shall submit any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015), and any other necessary information, by June 24, 2026.

    SO ORDERED.

Dated: June 10, 2026
     New York, New York                              JOHN P. CRONAN
                                       United States District Judge