**Weinberger & Weinberger, LLP**
Attorneys at Law

**630 Third Avenue, 18th Floor**
**New York, New York 10017**
**Tel: (212) 867-9595**
**Fax: (212) 949-1857**

Stuart A. Weinberger (N.Y. & N.J.)
Helene C. Weinberger (N.Y.)

June 24, 2026

Honorable Judge John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

The request is granted.  The parties shall file their settlement for review under  *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015), by July 8, 2026.  The Clerk of Court is respectfully directed to close Docket Number 20.

SO ORDERED.
June 25, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

Regarding:  Guzman v. Banana Kelly Community Improvement Association, Inc.

Civil Action No.:  25-CV-10320 (JPC)

Dear Judge Cronan:

        My firm represents defendant Banana Kelly Community Improvement Association, Inc. ("Defendant").  The parties request an extension of the deadline to submit papers regarding the proposed settlement agreement from June 24, 2026 until July 8, 2026.

        The parties need the additional time to effectuate the settlement. The plaintiff consents to the extension of time.

                                        Respectfully submitted,
                                        /s/ Stuart Weinberger
                                        Stuart Weinberger

cc: Jason Mizrahi, Esq.

SW:BananaKelly.L62426